IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TYOKA BRUMFIELD and CYNTHIA TOROCSIK, individually and on behalf of all others similarly situated,<br><br>                Plaintiffs,<br><br>-v.-<br><br>TRADER JOE'S COMPANY,<br><br>                Defendant. | Civil Action No. 1:17-cv-03239 (LGS)<br><br>**RULE 7.1 DISCLOSURE STATEMENT** |

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Trader Joe's Company hereby certifies that T.A.C.T. Holding, Inc. is Trader Joe's Company's corporate parent and that no publicly held company owns 10% or more of Trader Joe's Company's stock.

Dated: May 10, 2017
New York, New York

Respectfully submitted,

*S/ Hannah Y. Chanoine*
Hannah Y. Chanoine
**O'MELVENY & MYERS LLP**
Times Square Tower
7 Times Square
New York, New York  10036-6537
Tel:  (212) 326-2000
hchanoine@omm.com

Dawn Sestito*
Collins Kilgore*
*pro hac vice* (applications forthcoming)
**O'MELVENY & MYERS LLP**
400 South Hope Street
Los Angeles, California  90071-2899
Tel:  (213) 430-6000
dsestito@omm.com
ckilgore@omm.com

*Counsel for Defendant*
*TRADER JOE'S COMPANY*