IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TYOKA BRUMFIELD and CYNTHIA TOROCSIK, individually and on behalf of all others similarly situated,<br><br>                 Plaintiffs,<br><br>-v.-<br><br>TRADER JOE'S COMPANY,<br><br>                 Defendant. | Civil Action No. 1:17-cv-03239 (LGS)<br><br>**MOTION FOR ADMISSION**<br>***PRO HAC VICE*** |

      Pursuant to Rule 1.3(c) of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, Dawn Sestito, hereby move this Court for an Order for admission to practice *pro hac vice* to appear as counsel for Defendant Trader Joe's Company in the above-captioned case.

      Plaintiffs have indicated they will not oppose this motion. I am a member in good standing of the State Bar of California and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached a declaration pursuant to Local Rule 1.3.

Dated:  May 12, 2017  
           Los Angeles, California

                                       Respectfully submitted,

                                       *S/ Dawn Sestito*  
                                       Dawn Sestito  
                                       **O'MELVENY & MYERS LLP**  
                                       400 South Hope Street  
                                       Los Angeles, California  90071  
                                       Tel:  (213) 430-6000  
                                       Fax:  (213) 430-6407  
                                       ckilgore@omm.com