

O'Melveny & Myers LLP
400 South Hope Street
18th Floor
Los Angeles, CA 90071-2899

T: +1 213 430 6000
F: +1 213 430 6407
omm.com

File Number:
0872056-00304

March 16, 2018

**Dawn Sestito**
D: +1 213 430 6352
dsestito@omm.com

<u>**VIA ECF**</u>

The Honorable Lorna G. Schofield
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

    **Re:**    <u>*Case No. 17-cv-3239(LGS)*, *Brumfield et al., v. Trader Joe's*, **Trader Joe's Request to Appear Telephonically**</u>

Dear Judge Schofield:

The Court has scheduled a conference for March 22, 2018 at 11:10 A.M. to discuss the issues raised in F.J. Sanchez Sucesores, S.A.U.'s ("Sanchez") pre-motion letter regarding its anticipated motion to dismiss (Dkt. Nos. 91, 94.)  I am lead counsel for defendant Trader Joe's Company ("Trader Joe's"), but am unable to attend the March 22 conference in person due to a conflict in my business travel schedule.  I am able to attend the conference telephonically, if the Court permits, and do not plan to make substantive argument regarding Sanchez's pre-motion letter.

Respectfully submitted,

By: <u>*/s/ Dawn Sestito*</u>
Dawn Sestito
O'MELVENY & MYERS LLP

*Counsel for Defendant Trader Joe's Company*