IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TYOKA BRUMFIELD and CYNTHIA TOROCSIK, individually and on behalf of all others similarly situated,<br><br>       Plaintiffs,<br><br>  v.<br><br>TRADER JOE'S COMPANY, DOTTA FOODS LP, F.J. SANCHEZ SUCESORES, S.A.U., and DELSA AROMAS VERDES,<br><br>       Defendants. | Civil Action No. 1:17-cv-03239 |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDCE AS TO DEFENDANT DELSA AROMAS VERDES

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiffs Tyoka Brumfield and Cynthia Torocsik hereby dismiss their claims against Defendant Delsa Aromas Verdes in this action with prejudice.

Dated:  June 15, 2018       Respectfully submitted,

                 **BURSOR & FISHER, P.A**.

                 By: */s/ Joshua D. Arisohn*
                     Joshua D. Arisohn

                 Joshua D. Arisohn
                 Neal J. Deckant

888 Seventh Avenue  
New York, NY  10019  
Telephone: (212) 989-9113  
Facsimile:  (212) 989-9163  
Email:  jarisohn@bursor.com  
            ndeckant@bursor.com  

*Attorneys for Plaintiffs*