UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/31/18
```

-----------------------------------------------------------X
TYOKA BRUMFIELD, et al.,
                Plaintiffs,

      -against-

TRADER JOE'S COMPANY, DOTTA FOODS
LP, and F.J. SANCHEZ SUCESORES, S.A.U.,
                Defendants.
-----------------------------------------------------------X

17 **CIVIL** 3239 (LGS)

## **JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated August 30, 2018, Defendants' motion is GRANTED; accordingly, the case is closed.

**Dated:** New York, New York
        August 31, 2018

                                          **RUBY J. KRAJICK**

                                          **Clerk of Court**
                **BY:**
                                            _[signature]_
                                          **Deputy Clerk**